
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN M. McCARTY,

    Plaintiff,

vs.                                                CASE NO.: 4:96CV420-SPM

BANKERS INSURANCE
COMPANY, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Upon notification that this action has settled and pursuant to Northern District of Florida Local Rule 16.2, it is hereby

ORDERED AND ADJUDGED that this action is dismissed. The Court retains jurisdiction for a period of sixty (60) days for consummation of the settlement agreement.

DONE AND ORDERED this 16th day of June, 2000.

                                              Stephan P. Mickle
                                              United States District Judge



850